**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOSE MOLINA, on behalf of himself, individually,
and on behalf of all others similarly-situated,

                Plaintiff,

   - against -                                   **JUDGMENT**
                                                               CV 22-4127 (JMA) (JMW)
CHIMICHURRI CHICKEN CORP., d/b/a
CHIMICHURRI CHARCOAL CHICKEN, and
ZVIKA BEN YOSEF, individually, and DAVID
BEN YOSEF, individually,

                Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff Jose Molina and opt-in Plaintiffs Juan Cornejo Solano, Francisco Medina Morales, and Jose Adan Torres Fuentes on February 5, 2024; accepting Defendant David Ben Yosef's February 2, 2024 offer to allow judgment against him in the amount of $47,000.00, in full and final settlement of all of Plaintiffs' claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, and payable as follows: $15,135.41 to Plaintiff Jose Adan Torres Fuentes, $5,045.13 to Plaintiff Jose Molina, $5,045.13 to Plaintiff Juan Cornejo Solano, $5,045.13 to Plaintiff Francisco Medina Morales, and $16,729.20 to Borrelli & Associates, P.L.L.C. for attorneys' fees and costs, , it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Jose Molina and opt-in Plaintiffs Juan Cornejo Solano, Francisco Medina Morales, and Jose Adan Torres Fuentes against Defendant David Ben Yosef in the amount of $47,000.00, in full and final settlement of all of Plaintiffs' claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, and payable as follows: $15,135.41

to Plaintiff Jose Adan Torres Fuentes, $5,045.13 to Plaintiff Jose Molina, $5,045.13 to Plaintiff Juan Cornejo Solano, $5,045.13 to Plaintiff Francisco Medina Morales, and $16,729.20 to Borrelli & Associates, P.L.L.C. for attorneys' fees and costs.

Dated: February 12, 2024
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT

                            By:   /s/ James J. Toritto
                                     Deputy Clerk